**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JOYCE THOMAS,<br>          Plaintiff(s),<br><br>vs.<br><br>ATLANTA PUBLIC SCHOOLS,<br>          Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:20-CV-4581-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H Cohen, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and  Defendant's Motion for Summary Judgment, and the court having adopted the Report and Recommendation and having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 30th day of August, 2022.

                                                            KEVIN P. WEIMER
                                                            CLERK OF COURT

                                                    By:  s/D. Burkhalter
                                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 30, 2022
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
          Deputy Clerk